UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH OF:

No. 1:13-mj-342

Priority Mail parcel with tracking
number 9114 9011 5987 8322 2967 17
_____/

## NOTICE OF APPEARANCE

Patrick A. Miles, Jr., United States Attorney for the Western District of Michigan, and Sean M. Lewis, Assistant United States Attorney, enter their appearance as attorneys for the United States of America in the above captioned case.

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Date: October 18, 2013

_____
SEAN M. LEWIS
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan   49501-0208
(616) 456-2404